**Order filed January 6, 2017**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-16-00231-CR & 11-16-00232-CR

_____

## DANIEL RAY HECKLER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court**
**Howard County, Texas**
**Trial Court Cause Nos. 66,599 & 66,772**

## O R D E R

These appeals have become stalled due to the failure of Daniel Ray Heckler to file an appellate brief. In each appeal, Heckler filed a pro se notice of appeal from a conviction for a Class C misdemeanor, and he represents himself in these appeals. Heckler's appellate briefs were originally due on December 2, 2016. On December 12, this court notified Heckler that his briefs were past due and, on our own motion, granted an extension of time for Heckler to file the briefs. We directed

him to file the briefs on or before December 23. We have not received any response from Heckler, nor have we received a brief.

Consequently, we abate the appeals and remand the causes to the trial court so that it may first determine whether Heckler desires to prosecute these appeals and, if so, then inquire as to whether Heckler has made any necessary arrangements for filing the briefs. *See* TEX. R. APP. P. 38.8(b). The trial court is directed to make appropriate findings and recommendations. The trial court clerk is directed to prepare and forward to this court supplemental clerk's records containing the findings and recommendations of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before January 27, 2017.

We note that, if the trial court determines that Heckler desires to prosecute these appeals, Heckler is directed to file his appellate briefs in this court on or before January 27, 2017. Should Heckler fail to do so, these appeals may be submitted without briefs pursuant to Rule 38.8(b)(4) of the Texas Rules of Appellate Procedure.

The appeals are abated.


PER CURIAM


January 6, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2